UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**EDDIE S HILL,**

    **Plaintiff,**

V.                                    **Case No:  2:11-CV-242-FtM-29SPC**

**LEE COUNTY SHERIFFS OFFICE,
JACK LONG, BARBARA BERG,
JONATHAN WASHER, MIKE
SCOTT, EVERBANK and FRANK
HEINZ**

    **Defendants.**

_____/

## ORDER

This matter comes before the Court on the Plaintiff, Eddie S. Hill's Notification of Change of Address.  On July 3, 2012, the Plaintiff contacted the Clerk of the Court via telephone and informed the Court that he had been released from the Charlotte County Jail where he had been incarcerated since April 26, 2012.  The Plaintiff is responsible for informing the Court of his new address or providing an address in writing where the Plaintiff may receive correspondence from the Court. See Taylor v. Hilden, 2010 WL 2643528 * 1 (M.D. Fla. June 25, 2010) (holding that the Plaintiff is responsible for informing the Court of any changes in address in order to expedite the judicial process).  The Plaintiff's failure to comply with this Court's Order and provide the new address may result in the case being dismissed pursuant to Local Rule 3.01(a) for failure to prosecute the case and for failure to comply with the Court's Order. Id.

Accordingly, it is now

**ORDERED:**

The Plaintiff Eddie S. Hill must file a Notice of Change of Address with the Court on or before **July 13, 2012**. Failure to comply with Court's Order may result in the Plaintiff's case being dismissed pursuant to Local Rule 3.01(a).

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record