UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**EDDIE S HILL,**

    **Plaintiff,**

**V.**                                                                      **Case No: 2:11-CV-242-FtM-29SPC**

**LEE COUNTY SHERIFFS OFFICE,
JACK LONG, BARBARA BERG,
JONATHAN WASHER, MIKE
SCOTT, EVERBANK and FRANK
HEINZ,**

    **Defendants.**

_____/

## ORDER

This matter comes before the Court on Plaintiff, Eddie S. Hill's Motion Directing the United States Attorney's Office to Fulfill their Obligation to Zealously and Effectively Prosecute for the Crimes of Conspiracy [and] Perjury (Doc. #74) filed on July 3, 2012. In this Motion, the Plaintiff seeks the Court to direct the United States Attorney's Office to prosecute certain individuals for alleged crimes committed. The Plaintiff misunderstands the role of the Court which provides a neutral position in all legal action; thus, functions such as criminal investigations are left to the executive branch. *See* Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 102, 118 S. Ct. 1003, 1016, 140 L. Ed. 2d 210 (1998) (stating that criminal investigations are conducted by the executive branch of government). Consequently, the Plaintiff must take this information to a law enforcement agency in order to attempt to receive the relief requested.

Accordingly, it is now

**ORDERED:**

Plaintiff, Eddie S. Hill's Motion Directing the United States Attorney's Office to Fulfill their Obligation to Zealously and Effectively Prosecute for the Crimes of Conspiracy [and] Perjury (Doc. #74) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record